AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the Eastern District of Wisconsin on the following

☐ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>13-cv-52 | DATE FILED<br>01/15/2013 | U.S. DISTRICT COURT<br>Eastern District of Wisconsin |
|---|---|---|
| PLAINTIFF<br>Triumph Sports USA, Inc | | DEFENDANT<br>Triumph Sports USA, Inc |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,785,208 | 08/31/2010 | Justin L. Voden |
| 2 | 7,762,902 | 07/27/2010 | Triumph Sports |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Dismissed pursuant to parties' Stipulation of dismissal on 10-31-2013 |

| CLERK  Stephen C. Dries<br>~~JON W. SANFILIPPO~~ | (BY) DEPUTY CLERK  s/B. Xiong<br>~~Julie Lyday~~ | DATE  09/26/2017<br>~~01/16/2013~~ |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

Case 2:13-cv-00052-LA   Filed 09/26/17   Page 1 of 1   Document 22